UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARIAN DEROSA, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br>  -against-<br>COMPUTER CREDIT, INC.<br><br>       Defendant. | Docket No: \_\_\_\_-cv-_____<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

  **PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Computer Credit Inc. ("CCI"), hereby gives notice of the removal of this action from the Supreme Court of the State of New York, County of Suffolk, where it is now pending, to the United States District Court for the Eastern District of New York.  In support of this Notice of Removal, Defendants states:

  1. On or about December 9, 2016, Plaintiff filed a Summons with Notice in this action styled *Darian Derosa, On Behalf Of Himself And All Others Similarly Situated v. Computer Credit, Inc*. bearing Index No. 619982/2016 before the Supreme Court of the State of New York, County of Suffolk.  A copy of the Summons with Notice is annexed hereto as **Exhibit A**.

  2. The Summons with Notice was received by CCI by regular mail on or about April 20, 2017.

  3. Subsequently, on May 15, 2017, Plaintiff filed her Complaint.  A copy of the Complaint is annexed hereto as **Exhibit B**.

  4. The Summons with Notice and Complaint alleges violations of 15 U.S.C. § 1692, et. seq., otherwise known as the Fair Debt Collection Practices Act ("FDCPA").  Accordingly,

this action may be removed pursuant to 28 U.S.C. § 1441(b) as this Court has federal question jurisdiction under 28 U.S.C. §1331.

5.  This Notice of Removal is timely filed within thirty (30) days after Defendant first received a copy of the Summons and Notice setting forth the claims for relief and existence of federal question jurisdiction.

6.  A civil cover sheet and the payment of the required filing fee accompany this Notice.

7.  Written notice of this Notice of Removal will be filed in the Supreme Court of the State of New York, County of Suffolk.

**WHEREFORE,** the Removing Defendant respectfully requests that this action be removed from the Supreme Court of the State of New York, County of Suffolk to the United States District Court for the Eastern District of New York.

Dated: New York, New York
       May 19, 2017

>       HINSHAW & CULBERTSON LLP
>       *Attorneys for Defendant Computer Credit, Inc.*
>
>       By: /s/ *Han Sheng Beh*
>           Han Sheng Beh
>           800 Third Avenue, 13th Floor
>           New York, New York 10022
>           Tel: (212) 471-6200

To:  Mitchell L. Pashkin
     Attorney for Plaintiff
     775 Park Avenue, Suite 255
     Huntington, NY 11743
     (631) 629-7709

131763100v1 2893