# HINSHAW
& CULBERTSON LLP

Han Sheng Beh
hbeh@hinshawlaw.com

**ATTORNEYS AT LAW**
800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

April 24, 2018

**VIA ECF**

Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1040
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 24 2018 ★

LONG ISLAND OFFICE

Re: *Derosa v. Computer Credit, Inc.*
*Case No: 17-cv-3038 (JFB)(GRB)*

Dear Judge Bianco:

Plaintiff has advised that he does not intend to amend his Complaint. We jointly and respectfully request that Your Honor dismiss this matter with prejudice, in accordance with Your Honor's March 28, 2018 Memorandum and Order, with each party to bear its own fees and costs. The parties further respectfully request that the telephone conference scheduled for April 25, 2018 be cancelled in light of the resolution of this lawsuit. We thank Your Honor for his consideration of these requests.

*Request granted. Pursuant to Rule 41(a)(1)(A)(ii), the case is dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of the Court shall close the case. The telephone conference is cancelled.*

Respectfully submitted,

HINSHAW & CULBERTSON LLP
*Attorneys For Defendant*

/s Han Sheng Beh
Han Sheng Beh

MITCHELL L. PASHKIN, ESQ
*Attorney for Plaintiff*

/s Mitchell L. Pashkin
Mitchell L. Pashkin

SO ORDERED
Joseph Bianco
Joseph F. Bianco
USDJ
Date: April 24, 2018
Central Islip, N.Y.

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Rhode Island  Wisconsin  London

301739038v1 0998395